NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-713

STATE OF LOUISIANA

IN THE INTEREST OF D.D. AND E.D.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. J-5868
HONORABLE THOMAS F. FUSILIER, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

**AFFIRMED.**

Anthony L. Walker
Assistant District Attorney
P.O. Drawer 780
Ville Platte, Louisiana 70596
COUNSEL FOR APPELLEE:
    State of Louisiana

Harold D. Register
216 Rue Louis XIV
P.O. Box 80214
Lafayette, Louisiana 70598-0214
COUNSEL FOR APPELLANT:
    T.G. and L.G.